**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **KURT GLICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:22-CV-00015-TAV-CHS** |
| | ) | |
| **CITY OF TULLAHOMA, TENNESSEE,** | ) | |
| | ) | **Magistrate Judge Christopher H. Steger** |
| **Defendant.** | ) | |

## STATUS REPORT AND REQUEST FOR SCHEDULING CONFERENCE

Comes Plaintiff, through counsel, pursuant to this Court's Order Staying Case [ECF Doc. 55] and submits the following status report:

1. The undersigned counsel has learned that the criminal case that necessitated the stay of this action, State of Tennessee v. Kurt Eldon Glick, pending in the Coffee County Criminal Court, was dismissed on September 1, 2026.

2. In light of the resolution of the criminal proceedings, Plaintiff respectfully requests that the Court lift the stay entered in this matter and schedule a scheduling conference to establish a new case management schedule.

3. Undersigned counsel further gives notice that he will be out of the country from September 22, 2026 through October 2, 2026, and respectfully requests that any scheduling conference or hearing in this matter be set outside of that period.

WHEREFORE, Plaintiff respectfully requests that the Court lift the stay of this action and schedule a scheduling conference at the Court's earliest convenience, outside of the window of September 22, 2026 through October 2, 2026.

By: s/ H. Eric Burnette
H. Eric Burnette, #024342
711 Cherry Street
Chattanooga, TN 37402
Phone: (423) 266-2121

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By: s/ H. Eric Burnette